IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

BRENDA SANSON,                          )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  ) CIVIL ACTION NO. 2:07-9-REM-JES
                                        )
MICHAEL J. ASTURE,                      )
Commissioner Of                         )
Social Security,                        )
                                        )
            Defendant.                  )

## ORDER

AND NOW, this 4th day of October, 2007, upon consideration of the Commissioner's unopposed Motion to Remand, it is hereby ORDERED that the Commissioner's Motion is granted, and this case is remanded for further administrative action in accordance with the Commissioner's Motion. This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This case is hereby closed.

DATED: October 4th, 2007

_____
UNITED STATES DISTRICT JUDGE